WILSON TURNER KOSMO LLP
ROBERT A. SHIELDS (206042)
JASON M. AVELAR (312884)
402 West Broadway, Suite 1600
San Diego, California 92101
Telephone: (619) 236-9600
Facsimile: (619) 236-9669
E-mail: rshields@wilsonturnerkosmo.com
E-mail: javelar@wilsonturnerkosmo.com

Attorneys for Defendant
FORD MOTOR COMPANY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANGEL TAPIA VIVANCO, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR COMPANY, a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No. *  '22CV0023 TWR DEB <br><br> **NOTICE OF PARTIES WITH FINANCIAL INTEREST** <br><br> Complaint Filed: December 1, 2021 |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to Rule 40.2 of the Local Rules of Practice for the United States District Court for the Southern District of California, the undersigned, counsel of record for Defendant FORD MOTOR COMPANY ("Ford"), provide the following notice of parties with financial interest:

Ford states that it has no parent corporation.

State Street Corporation, a publicly traded company whose subsidiary State Street Bank and Trust Company is the trustee for Ford common stock in the Ford defined contribution plans master trust, has disclosed in filings with the U.S. Securities and Exchange Commission that as of December 31, 2020, it holds 5% or more of Ford's common stock.

Black Rock, Inc., and certain affiliates, has reported to the U.S. Securities and

Exchange Commission that as of December 31, 2020, it holds 5% or more of Ford's common stock.

The Vanguard Group, and certain affiliates, has reported to the U.S. Securities and Exchange Commission that as of December 31, 2020, it holds 5% or more of Ford's common stock.

Dated:   January 7, 2022         **WILSON TURNER KOSMO LLP**

By:   *s/Jason M. Avelar*
      ROBERT A. SHIELDS
      JASON M. AVELAR
      Attorneys for Defendant
      FORD MOTOR COMPANY